IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **DOCKET NO. 3:20-mj-75-DSC** |
| v. | ) | |
| | ) | **ORDER** |
| (1) TYQUIS SJUAN JENKINS, | ) | |
| (2) TWYUAN DEMETRIC JENKINS | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the names of other Defendant(s) be redacted from the Criminal Complaint and Attached Affidavit in this matter, the redacted Criminal Complaint and Attached Affidavit be unsealed, and the original unredacted Criminal Complaint and Attached Affidavit remained sealed pending further order of the Court; and

IT APPEARING TO THE COURT that good cause exists for the Government's Motion;

NOW THEREFORE, IT IS ORDERED that the names of other Defendant(s) be redacted from the Criminal Complaint and Attached Affidavit in this matter, the Criminal Complaint and Attached Affidavit be unsealed, and the original unredacted Criminal Complaint and Attached Affidavit remained sealed pending further order of the Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 10, 2020

David S. Cayer
United States Magistrate Judge